# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145009

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GEORGE H. PATTON,
      Plaintiff-Appellant,

v

SC: 145009
COA: 301754
Cass CC: 10-000891-CZ

VILLAGE OF CASSOPOLIS and KEVIN
GILLETTE,
      Defendants-Appellees.

_____/

     On order of the Court, the application for leave to appeal the January 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk

t1217